US006073947A

# United States Patent [19]

Gottschalk et al.

[11] Patent Number: 6,073,947
[45] Date of Patent: Jun. 13, 2000

[54] **SUBSTANTIALLY WELD FREE FRAME BRACKET ASSEMBLY**

[75] Inventors: **Michael J. Gottschalk**, Grandville; **Michael J. Keeler**, Blacklick, both of Ohio

[73] Assignee: **The Boler Company**, Itasca, Ill.

[21] Appl. No.: **09/103,551**

[22] Filed: **Jun. 24, 1998**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 09/052,131, Mar. 31, 1998, Pat. No. 6,007,078.

[51] Int. Cl.[7] ................................................ B60G 3/12
[52] U.S. Cl. ........................... 280/124.128; 280/124.157; 280/683
[58] Field of Search ........................ 280/86.5, 124.153, 280/124.128, 124.157, 124.163, 678, 683

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,510,149 | 5/1970 | Raidel | 280/124 |
| 3,771,812 | 11/1973 | Pierce et al. | 280/124 F |
| 3,861,708 | 1/1975 | Fier | 280/124 F |
| 3,902,734 | 9/1975 | Fier | 280/106 R |
| 3,904,220 | 9/1975 | Fier | 280/124 F |
| 4,379,572 | 4/1983 | Hedenberg | 280/711 |
| 4,770,430 | 9/1988 | Lange | 280/81 A |
| 4,792,148 | 12/1988 | Hintz | 280/81 A |
| 4,802,690 | 2/1989 | Raidel | 280/713 |
| 4,881,747 | 11/1989 | Raidel | 280/81.6 |
| 5,015,004 | 5/1991 | Mitchell | 280/81.6 |
| 5,018,756 | 5/1991 | Mitchell | 280/81.6 |
| 5,058,196 | 10/1991 | Hicks | 280/704 |
| 5,220,972 | 6/1993 | Proia | 180/24.01 |
| 5,403,031 | 4/1995 | Gottschalk et al. | 280/704 |
| 5,479,999 | 1/1996 | Proia | 180/24.01 |
| 5,620,194 | 4/1997 | Keeler et al. | 280/81.6 |
| 5,868,418 | 2/1999 | VanDenberg | 280/704 |

#### OTHER PUBLICATIONS

Ridewell Corp. "Auto–Reversing Kit/Short" Drawing Number AS–7570C#4 May 14, 1991.

*Primary Examiner*—Paul N. Dickson
*Attorney, Agent, or Firm*—Hall, Priddy, Myers & Vande Sande

[57] **ABSTRACT**

A substantially weld free frame bracket for connecting a suspension to the frame rail of a heavy duty vehicle which includes a plate member and an attached cradle having pivotally bolted to it one or more beams, the pivotal connecting bolts serving as the connection to the plate member. A cross-member connects opposing brackets on either side of the vehicle.

**29 Claims, 8 Drawing Sheets**



Exhibit "A"

**U.S. Patent**     Jun. 13, 2000     Sheet 1 of 8     **6,073,947**



Fig.1
PRIOR ART

Fig.2A



Fig.2B





Fig.3



Fig. 4

U.S. Patent        Jun. 13, 2000        Sheet 5 of 8        6,073,947



Fig.5A

Fig.5B



Fig.6A

Fig.6B





Fig.8

U.S. Patent     Jun. 13, 2000     Sheet 8 of 8     6,073,947



Fig.9